207 So.2d 657

Elijah DOZIER

v.

STATE of Alabama.

4 Div. 291.

Supreme Court of Alabama.

Feb. 15, 1968.

H. D. McInish, Dothan, for appellant.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Petitioner appeals from a judgment of the circuit court denying relief on petitioner's application for a writ of error coram nobis.

In 1951, petitioner was convicted of murder in the first degree and sentenced to imprisonment for life. We understand that he now contends that his conviction was illegal and unconstitutional.

After hearing, at which petitioner was represented by counsel, the trial judge entered a comprehensive opinion stating why petitioner is not entitled to relief. No new question of law appears to be involved. We think the evidence supports the findings of fact.

Further extension of this opinion would serve no useful purpose.

The judgment appealed from is affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

---

203 So.2d 684

Lawrence R. DUNCAN

v.

STATE of Alabama.

7 Div. 788.

Supreme Court of Alabama.

Nov. 9, 1967.

Frank Ellis, Jr., Columbiana, for appellant.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

GOODWYN, Justice.

This is an appeal by Lawrence R. Duncan from a judgment of the circuit court of Shelby County denying his petition for a writ of error coram nobis.

The situation here, in material respects, is the same as that in Duncan v. State, 281 Ala. 226, 201 So.2d 62. There, the appeal was from a judgment of the circuit court of Randolph County denying appellant's petition for a writ of error coram nobis. On authority of that case, the judgment appealed from is due to be affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.